```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                         Case No. 19-04448-RNO
William C. Conway                                              Chapter 13
Ann R. Conway
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke           Page 1 of 2         Date Rcvd: Feb 14, 2020
                              Form ID: ntnoshow         Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db/jdb         +William C. Conway,    Ann R. Conway,    1708 Madison Avenue,    Dunmore, PA 18509-2036
5286796        +American Honda Finance Corporation d/b/a Honda Fin,     3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
5283810         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
5264690        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5258623        +Peoples Security Bank & Trust,    150 North Washington Avenue,    Scranton, PA 18503-1843
5271751        +Peoples Security Bank & Trust Co. c/o James T. Sho,     600 Third Avenue,
                 Kingston, PA 18704-5815
5258624        +Stern & Eisenberg, PC,    1581 Main Street, Ste. 200,    Warrington, PA 18976-3403
5263038        +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 19:25:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5261965         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 14 2020 19:29:35
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
5280995         E-mail/Text: ally@ebn.phinsolutions.com Feb 14 2020 19:29:20     Ally Bank Lease Trust,
                 PO Box 130424,    Roseville, MN 55113-0004
5268728         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 19:25:54
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5283811         E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2020 19:29:28
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
5260596         E-mail/Text: mrdiscen@discover.com Feb 14 2020 19:29:20     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5277805         E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 14 2020 19:39:10
                 Fair Square Financial LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
5283321         E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 14 2020 19:29:36     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5258622         E-mail/Text: camanagement@mtb.com Feb 14 2020 19:29:27     M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
5283083         E-mail/Text: camanagement@mtb.com Feb 14 2020 19:29:27     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5258925        +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 19:25:54     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Peoples Security Bank & Trust Co, c/o James T. Sho,    600 Third Ave.,    Kingston, PA 18704-5815
cr*            +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane,    #200,
                 Irving, TX 75063-2912
5283806*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5            User: AutoDocke            Page 2 of 2            Date Rcvd: Feb 14, 2020
                                Form ID: ntnoshow          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James T. Shoemaker   on behalf of Attorney   Peoples Security Bank & Trust Co, c/o James T. Shoemaker, Esq. jshoemaker@hkqpc.com
        Mark J. Conway   on behalf of Debtor 1 William C. Conway info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        Mark J. Conway   on behalf of Debtor 2 Ann R. Conway info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   American Honda Finance Corporation d/b/a Honda Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

        TOTAL: 6

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| William C. Conway, | Chapter    13 |
| **Debtor 1** | |
| Ann R. Conway, | Case No.    5:19–bk–04448–RNO |
| **Debtor 2** | |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 4, 2020** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 4, 2020**.

**If no objections are filed by March 4, 2020, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 14, 2020 |

ntnoshow (07/18)