```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                          Case No. 19-04448-RNO
William C. Conway                                               Chapter 13
Ann R. Conway
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5       User: AutoDocke        Page 1 of 1        Date Rcvd: Mar 05, 2020
                           Form ID: ordsmiss      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db/jdb        +William C. Conway,    Ann R. Conway,    1708 Madison Avenue,    Dunmore, PA 18509-2036
aty           +Peoples Security Bank & Trust Co, c/o James T. Sho,    600 Third Ave.,    Kingston, PA 18704-5815
cr            +American Honda Finance Corporation d/b/a Honda Fin,    3625 W. Royal Lane,    #200,
                Irving, TX 75063-2912
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: PRA.COM Mar 06 2020 00:18:00    PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co, c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              Mark J. Conway    on behalf of Debtor 2 Ann R. Conway info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor 1 William C. Conway info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William C. Conway,

    **Debtor 1**

Ann R. Conway,

    **Debtor 2**

Chapter    13

Case No.    5:19–bk–04448–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 5, 2020

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)