```
                        United States Bankruptcy Court
                          Middle District of Pennsylvania

In re:                                                    Case No. 19-04448-RNO
William C. Conway                                         Chapter 13
Ann R. Conway
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke      Page 1 of 2       Date Rcvd: Mar 06, 2020
                            Form ID: pdf010      Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db/jdb         +William C. Conway,   Ann R. Conway,   1708 Madison Avenue,   Dunmore, PA 18509-2036
5286796        +American Honda Finance Corporation d/b/a Honda Fin,   3625 W. Royal Lane #200,
                 Irving, TX 75063-2912
5283810         Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
5264690        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
5258623        +Peoples Security Bank & Trust,   150 North Washington Avenue,   Scranton, PA 18503-1843
5271751        +Peoples Security Bank & Trust Co. c/o James T. Sho,   600 Third Avenue,
                 Kingston, PA 18704-5815
5258624        +Stern & Eisenberg, PC,   1581 Main Street, Ste. 200,   Warrington, PA 18976-3403
5263038        +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2020 19:22:41
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5261965         E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 06 2020 19:09:12
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
5280995         E-mail/Text: ally@ebn.phinsolutions.com Mar 06 2020 19:09:04     Ally Bank Lease Trust,
                 PO Box 130424,   Roseville, MN 55113-0004
5268728         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 19:22:50
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5283811         E-mail/Text: bnc-quantum@quantum3group.com Mar 06 2020 19:09:08
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
5260596         E-mail/Text: mrdiscen@discover.com Mar 06 2020 19:09:04     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
5277805         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 06 2020 19:22:41
                 Fair Square Financial LLC,   Resurgent Capital Services,   PO Box 10368,
                 Greenville, SC 29603-0368
5283321         E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2020 19:09:13     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
5258622         E-mail/Text: camanagement@mtb.com Mar 06 2020 19:09:07     M&T Bank,   One Fountain Plaza,
                 Buffalo, NY 14203
5283083         E-mail/Text: camanagement@mtb.com Mar 06 2020 19:09:07     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
5258925        +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2020 19:22:50     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 11

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Peoples Security Bank & Trust Co, c/o James T. Sho,   600 Third Ave.,   Kingston, PA 18704-5815
cr*            +American Honda Finance Corporation d/b/a Honda Fin,   3625 W. Royal Lane,   #200,
                 Irving, TX 75063-2912
5283806*       +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                           TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              James T. Shoemaker   on behalf of Attorney   Peoples Security Bank & Trust Co, c/o James T.
               Shoemaker, Esq. jshoemaker@hkqpc.com
              Mark J. Conway    on behalf of Debtor 1 William C. Conway info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor 2 Ann R. Conway info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              William E. Craig   on behalf of Creditor   American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William C. Conway,

**Debtor 1**

Ann R. Conway,

**Debtor 2**

Chapter        13

Case No.        5:19–bk–04448–RNO

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  March 5, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)